UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMW of North America, LLC and Bayerische Motoren Werke AG,<br><br>Plaintiffs,<br><br>v.<br><br>Babak Nafe *dba* Eurowheelsusa and J2 Wheels, Inc.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. CV09-01219-CJC (RNBx)

[~~PROPOSED~~] **CONSENT JUDGMENT**

This matter having been opened to the Court upon the Complaint of Plaintiffs BMW of North America, LLC and Bayerische Motoren Werke AG (collectively, "BMW") against Defendants Babak Nafe (hereinafter "Nafe" or "Eurowheelsusa") and J2 Wheels, Inc. alleging trademark infringement and counterfeiting under 15 U.S.C. § 1114(1) and trademark infringement under the common law of California; unfair competition and false designation of origin under 15 U.S.C. § 1125(a) and under the common law of California; and design patent infringement under 35 U.S.C. §271; relating to Babak Nafe's advertising and sale of wheels;

Nafe, having allegedly advertised and sold wheels in violation of BMW's trademark and design patent rights;

HOWREY LLP

DM_US:22912286_1

Nafe, without admitting any liability, and expressly denying same, solely to avoid the expense and distraction of protracted litigation, and wishing to settle his dispute with BMW amicably;

The parties having acknowledged the jurisdiction of this Court over them and the subject matter hereof; and

With the consent of BMW and Nafe, and for good cause, IT IS DECLARED AND HEREBY ADJUDGED that:

This Court has jurisdiction over the subject matter hereof;

BMW has extensively used and advertised its "Roundel" logo, M-Stripes logo and "BMW" word mark in connection with its business of designing, manufacturing, distributing, offering for sale and selling motor vehicles and wheels;

BMW is the exclusive owner of valid and subsisting federal trademark registrations, including trademark registrations for its BMW Roundel logo, M-Stripes logo, "BMW" mark, and X5, M3, M5, M6, Z3 and Z4 marks (*see* Exhibit A hereto), and BMW's Roundel logo and "BMW" word mark are famous; and

BMW AG is the owner of various valid and lawfully issued United States Design Patents for designs of vehicle wheels, and BMW NA is the licensee of said patents in the United States.

With the consent of BMW and Nafe, and for good cause, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

HOWREY LLP

DM_US:22912286_1

1.      Nafe, his affiliates, agents, servants, employees, representatives, successors, assigns, attorneys-in-fact, and all those persons in active concert or participation with them who receive actual notice of this Consent Judgment by personal service or otherwise, including but not limited to Ace Auto Electric & Maintenance, LLC, be and hereby are permanently enjoined and restrained from:

A.      Ordering, accepting orders for, accepting shipment or delivery of, warehousing, manufacturing, importing, advertising or displaying (on the Internet or otherwise), marketing, promoting, offering for sale, selling or otherwise distributing or causing to be delivered, any wheels that are not from or authorized in their present condition by BMW, but which depict or bear BMW's Roundel or M-Stripes logo, or any colorable imitations thereof, including center caps bearing any BMW logo, word mark or colorable imitation thereof;

B.      Depicting BMW's Roundel or M-Stripes logo, or any other BMW logo, or making any trademark use of the "BMW" word mark, and X3, X5, M3, M5, M6, Z3, and Z4 marks, or colorable imitations thereof, on or in connection with advertising, offering for sale, displaying, selling, or otherwise distributing wheels that are not from or authorized in their present condition by BMW, including but not limited to (i) using the phrase "BMW wheels" or the like in connection with the advertising or sales (over the Internet or otherwise) of wheels that are not made or authorized for sale in their present condition by BMW and

HOWREY LLP

(ii) making any visible use of BMW's trademarks in Google Adwords or other keyword advertising;

C.      Making any trademark use of any other BMW trademark or colorable imitation thereof;

D.      Doing any other act or thing, directly or indirectly, that is 1) likely to confuse, mislead, or deceive others into believing that Nafe is connected with, affiliated with, sponsored by, licensed by, or approved by BMW, or that Nafe's product or services are sponsored, licensed or approved by BMW; or that is 2) likely to dilute BMW's Roundel logo or "BMW" mark;

E.      Manufacturing, importing, ordering, accepting orders for, accepting shipment or delivery of, warehousing, advertising, displaying, marketing, promoting, offering for sale, selling, trading, disposing of for commercial gain, or otherwise distributing or causing to be delivered (1) for any make of motor vehicle, the wheel models identified in Exhibit B hereto or any other wheel models that are substantial copies of BMW U.S. patented wheel designs, or (2) for BMWs and MINIs, any and all other wheel models that are substantially similar to such models or to other BMW U.S. patented wheel designs.

2.      Nafe may make a "fair use" or "nominative use" textual reference, in the identical font, format, size, and color as, and no more prominently than the surrounding text, to "BMW" or to other BMW word marks solely and unambiguously to

-4-

communicate truthfully that certain wheels "fit BMWs" or are "for BMWs," or fit or are for specific BMW models (such as the M3).

3. Nafe shall, within ten (10) days of entry of this Consent Judgment, notify in writing, with a copy to BMW, any and all third parties with which Nafe has placed advertisements using BMW's Roundel logo, M-Stripes logo or trademark use of the "BMW" word mark, and X5, M3, M5, M6, Z3, and Z4, that such usage in advertisements must be removed immediately.

4. Nafe shall, within forty-five (45) days of entry of this Consent Judgment, through a duly authorized officer or director, certify in a sworn written statement that he has complied with and completed those actions ordered by paragraphs 1 and 3 herein.

5. This Court shall retain jurisdiction of this matter and over the parties thereto for the purpose of enforcing the terms of this Consent Judgment. The parties acknowledge that a breach of this Consent Judgment by Nafe would result in immediate and irreparable injury to BMW, and that it would be difficult or impossible to establish the full monetary value of such damage.

6. Nafe shall immediately provide a copy of this Consent Judgment to any and all of his related companies, subsidiaries, affiliates, owners, officers, directors, partners, employees, agents, servants, representatives, and successors. Nafe's rights under this Consent Judgment are not assignable.

7. Within ten days of the entry of this Judgment, Nafe shall identify, in writing and with specificity, each of his sources, by company name and address,

-5-

telephone number, principal individual contact, shipper, broker or other purchasing agent, port of entry (if known) and shipping location, for each of the wheels i) identified in Exhibit B hereto and/or ii) bearing or sold in connection with BMW's Roundel or M-Stripes logo, "BMW" word mark, and X3, X5, M3, M5, M6, Z3 and Z4 marks or colorable imitations thereof. Nafe shall also provide representative transactional business record documents sufficient to identify each of his different sources of such wheels.

8. In accordance with § 34 of the Federal Trademark Act, 15 U.S.C. § 1116, the Clerk of the Court shall notify the Commissioner of Patents and Trademarks of the entry of this Consent Judgment who shall enter it upon the records of the United States Patent and Trademark Office.

9. There being no just reason for delay, the Clerk of this Court is hereby directed to enter this Consent Judgment forthwith.


IT IS SO ORDERED:

Dated:  January 29, 2010

_____
THE HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

HOWREY LLP

-6-

DM_US:22912286_1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

   The parties, through their undersigned counsel, hereby consent to the entry of the foregoing Consent Judgment and waive any and all rights of appeal.

Approved as to form: _____/s/_____   Dated: January 12, 2010
Whitney Sorrell (Bar No. #019313)
Sorrell Law Group, PLC
6991 E. Camelback Rd., Suite B-101
Scottsdale, AZ 85251
Telephone: (480) 776-6055
Facsimile: (480) 776-6051
E-mail:  whitney@sorrell-lawgroup.com
*Counsel for Defendant Babak Nafe*

By: _____/s/Babak Nafe_____   Dated: January 12, 2010

Title: _____Manager_____
Eurowheelsusa

By:_____/s/_____   Dated: January 12, 2010
Babak Nafe

-7-

DM_US:22912286_1

1

2   Approved as to form: _____/s/_____   Dated: January 21, 2010
3   Dale J. Giali
    **HOWREY LLP**
4   4 Park Plaza, Suite 1700
5   Irvine, CA 92614
    Telephone:   (949) 721-6900
6   Facsimile:   (949) 721-6910
7   E-mail:       gialid@howrey.com
    *Counsel for Plaintiffs*
8

9
    By: _____/s/Jochen Volkmer_____   Dated: January 20, 2010
10

11  Title: Head of Trademarks, BMW AG_____   Dated: January 20, 2010
    BMW of North America, LLC
12  and Bayerische Motoren Werke AG
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**HOWREY LLP**

DM_US:22912286_1