1
2
3
4
5
6
7
8

### UNITED STATES DISTRICT COURT

9

### CENTRAL DISTRICT OF CALIFORNIA

10

### SOUTHERN DIVISION

11
12

**BMW OF NORTH AMERICA, LLC ET AL.,**

13

                    **Plaintiff,**

14
15

            **vs.**

16
17

**BABAK NAFE DBA EUROWHEELSUSA ET AL.,**

18
19

                    **Defendants.**

20

**Case No.: SACV 09-01219-CJC(RNBx)**

**PERMANENT INJUNCTION**

21
22      This matter having come before the Court on Plaintiff BMW's motion for a default

23  judgment and permanent injunction against Defendant J2 Wheels, Inc.;

24
25      And the Court having considered the complaint, declarations, and memoranda of

26  points and authorities presented by Plaintiff in support of the entry of a permanent

27  injunction;

28

IT IS HEREBY ORDERED THAT Defendant J2 Wheels, Inc. and its officers, directors, agents, servants, employees, and attorneys, and those in active concert or participation with them, ARE HEREBY ENJOINED from

(1) using BMW's Roundel logo or M-Stripes logo in connection with the sale of wheels that are not made or authorized by BMW, including but not limited to advertising, selling, shipping, ordering, or distributing wheels or wheel badges bearing BMW's M-Stripes logo, or wheel center caps bearing BMW's Roundel logo;

(2) otherwise using BMW's Roundel logo or M-Stripes logo;

(3) manufacturing, importing, marking, advertising, offering to sell and/or selling wheels that infringe upon BMW's U.S. Design Patent Nos. 438,503; 515,491; 516,989; 551,149; 560,585; and 558,114.


DATED:     June 8, 2010

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE